| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| | Edgar J. Gutierrez (SBN 189011) |
| 2 | Marion V. Mauch (SBN 253672) |
| | 879 West 190th Street, Suite 700 |
| 3 | Gardena, California 90248-4227 |
| | Telephone: (310) 768-3068 |
| 4 | Facsimile: (310) 719-1019 |
| 5 | Attorneys for Defendant, HAMILTON BEACH BRANDS, INC. |

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

CV 08 1455 WDB

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, | CASE NO.: |
| Plaintiff, | (Removed from Sonoma County Superior Court – Case No. SCV-241820) |
| vs. | Assigned to: |
| HAMILTON BEACH/PROCTOR-SILEX, INC., and DOES 1 through 10, inclusive, | Department: |
| Defendants. | **NOTICE AND CERTIFICATE OF INTERESTED PARTIES** |

Action Filed: 11/8/07

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

The undersigned, counsel of record for Defendant Hamilton Beach Brands, Inc., hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff, Fire Insurance Exchange;

2. Hamilton Beach Brands, Inc. f/k/a Hamilton Beach/Proctor-Silex, Inc. is the defendant in this litigation and, accordingly, has a financial interest in its outcome;

///

1    3.   NACCO Housewares Holding Company is the parent corporation of Hamilton Beach Brands, Inc. a defendant in this litigation, and accordingly has a financial interest in the outcome of this litigation; and,

4.   NACCO Industries, Inc. is the parent corporation of NACCO Housewares Holding Company, which is the parent corporation of Hamilton Beach Brands, Inc., a defendant in this litigation, and accordingly has a financial interest in the outcome of this litigation.

Dated: March 10, 2008

BOWMAN AND BROOKE LLP

By: _____
Edgar J. Gutierrez
Marion V. Mauch
Attorney for Defendant, HAMILTON BEACH BRANDS, INC.

<pre>
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
</pre>

## PROOF OF SERVICE

CCP 1013A(3) (Revised 5/1/88)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 879 West 190th Street, Suite 700, Gardena, CA 90248-4227.

On March 11, 2008, I served the foregoing document described as **NOTICE AND CERTIFICATE OF INTERESTED PARTIES** on all interested parties in this action by placing **a true copy** thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)   **BY MAIL (CCP §1013(a) and §2015.5)**

( )   **BY OVERNIGHT DELIVERY (CCP §1013(c) and §2015.5)**

( )   **BY FACSIMILE (CRC 2.306 and CCP §2015.5)**: The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service list and the transmission(s) reported as complete and without error. The facsimile machine I used complied with the California Rules of Court, Rule 2.306(g) and I printed a record of the transmission(s), a copy of which is attached to the original of this declaration.

( )   **BY PERSONAL SERVICE (CCP §1011 and §2015.5)**: I delivered such envelope by hand to the addressee.

(X) As follows: I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under the practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than **1** day after date of deposit for mailing in affidavit.

Executed on March 11, 2008, at Gardena, California.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.



Samie Long

## SERVICE/MAILING LIST

<u>Fire Insurance Exchange v. Hamilton Beach Brands, Inc.</u>
United States District Court Northern District of California – San Francisco
Case No.:

| | |
|---|---|
| Kenneth W. Turner, Esq.<br>LAW OFFICES OF KENNETH W. TURNER<br>2057 Forest Avenue, Suite 3<br>Chico, California 95928 | **Attorneys for FIRE INSURANCE EXCHANGE**<br><br>Tel:   (530) 898-0774<br>Fax:  (530) 898-0775 |

L445033