UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE<br><br>Plaintiff(s),<br><br>v.<br><br>HAMILTON BEACH/PROCTOR-SILEX, INC<br>and DOES 1 through 10, Inclusive<br><br>Defendant(s). | No. C 08-01455 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 31, 2008

Signature: [signature]

Counsel for DEFENDANT
(Plaintiff, Defendant, or indicate "pro se")