UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date:6/19/08

C-08-01455 SBA             JUDGE: SAUNDRA BROWN ARMSTRONG

Title: FIRE INS.EXCHANGE vs.HAMILTON BEACH/PROCTOR-SILEX

Atty.:  KEN TURNER                    ANDREW GUITERREZ


Deputy Clerk:  Lisa R. Clark          Court Reporter:     N/R
**PROCEEDINGS**
Plt   DFT
(  ) (  ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
(  ) (  ) 2.
(  ) (  ) 3.
(  ) (  ) 4.
(  ) Motion(s)    (  ) Granted     (  ) Denied      (  ) Off Calendar
            (  ) Granted/Part  (  ) Denied/Part  (  ) Submitted
(X) Order to be prepared by  (  ) Plaintiff  (  )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____for a Telephone Case Management Conference at  p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off 1/30/09    Expert Discovery Cut-off 5/29/09
Plft to name Experts by 2/27/09    Deft to name Experts by 3/27/09
All Dispositive Motions to be heard by ( Motion Cut-off) 7/28/09
Case Continued to 9/8/09      for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 8/18/09   Motions in limine/objections to evidence due 8/25/09
Responses to motions in limine and/or responses to objections to evidence due 9/1/09
Case Continued to 9/14/09   for Trial(Court/Jury:   5   Days) at 8:30 a.m.
(  ) REFERRED TO MAGISTRATE_____FOR SETTLEMENT CONFERENCE
(  ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
  Notes: CASE REFERRED TO COURT MEDIATION TO BE HELD IN 90 DAYS; MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 7/29-8/14/09 BEFORE A MAGISTRATE JUDGE
cc:  WINGS HOM & ADR VIA FAX