# RF

## Ragghianti|Freitas LLP

ATTORNEYS AT LAW
874 FOURTH STREET, SUITE D, SAN RAFAEL, CA 94901-3246
TELEPHONE 415.453.9433  FACSIMILE 415.453.8269
WWW.RFLAWLLP.COM

July 15, 2008

Via email
Original to follow by first class mail

Kenneth W. Turner, Esq.
Law Offices of Kenneth W. Turner
2057 Forest Avenue, Ste. 3
Chico, CA 95928
Telephone (530) 898-0774
Facsimile (530) 898-0775
*turnerfirelaw@sbcglobal.net*

Edgar J. Gutierrez, Esq.
Marion V. Mauch, Esq.
Bowman and Brooke LLP
879 W. 190th Street, Ste. 700
Gardena, CA 90248
Telephone (310) 768-3068
Facsimile (310) 719-1019
*edgar.gutierrez@bowmanandbrooke.com*

> **Re:**    **Fire Insurance Exchange v. Hamilton Beach/Proctor-Silex, Inc.**
> **08-01455 SBA MED**
> **Mediation deadline September 30, 2008**

Dear Counsel:

Per the District Court's notice dated July 14, I have been appointed to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6, which governs the Mediation program. (My résumé is located at www.rflawllp.com.)

Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;

RODRIGO D. DIAS        ROBERT F. EPSTEIN
RILEY F. HURD III        PATRICK M. MACIAS        OF COUNSEL:
SARAH N. LÉGER        J. RANDOLPH WALLACE        JOHN RALPH THOMAS, JR.
RICHARD T. FRANCESCHINI    HERBERT M. ROWLAND        J. MARK MONTOBBIO
DAVID F. FEINGOLD        GARY T. RAGGHIANTI, INC.    DAVID P. FREITAS

**R**F

Ragghianti|Freitas LLP

**08-01455 SBA MED**
July 15, 2008
Page 2

> ▸ requirements for your written mediation statements;
> ▸ any questions you might have about how I normally conduct mediations; and
> ▸ any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. I have set the telephone conference for **Wednesday, July 23, 2008, at 11:00 a.m.** *Please call or email my paralegal Jessica Durfee (jdurfee@rflawllp.com), within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and us know alternative times next week when you will be available.* Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is September 30, 2008 based on the current scheduling order.

I will contact you at the telephone numbers listed above to generate our conference call on Wednesday morning.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to assisting you on this case.

Very truly yours,

Robert F. Epstein
(repstein@rflawllp.com)

RFE/jld
cc:    Alica M. Fiel, ADR Case Administrator
       via email (*Alice_Fiel@cand.uscourts.gov*)