# Ragghianti│Freitas LLP

ATTORNEYS AT LAW
874 FOURTH STREET, SUITE D, SAN RAFAEL, CA 94901-3246
TELEPHONE 415.453.9433  FACSIMILE 415.453.8269
WWW.RFLAWLLP.COM

March 28, 2008

Via email
Original to follow by first class mail

Kenneth W. Turner, Esq.
Law Offices of Kenneth W. Turner
2057 Forest Avenue, Ste. 3
Chico, CA 95928
Telephone (530) 898-0774
Facsimile (530) 898-0775
*turnerfirelaw@sbcglobal.net*

Edgar J. Gutierrez, Esq.
Marion V. Mauch, Esq.
Bowman and Brooke LLP
879 W. 190th Street, Ste. 700
Gardena, CA 90248
Telephone (310) 768-3068
Facsimile (310) 719-1019
*edgar.gutierrez@bowmanandbrooke.com*

Re:  **Fire Insurance Exchange v. Hamilton Beach/Proctor-Silex, Inc.**
     **08-01455 SBA MED**
     **Mediation deadline September 30, 2008**

Dear Counsel:

This will confirm that we have scheduled the mediation in this case for **Tuesday, September 9, 2008, at 9:30 a.m.** The deposition will be conducted at the U.S. District Court at 450 Golden Gate. Please check in at the 16th Floor ADR reception area. All participants must show a valid photo I.D. and pass through a metal detector as a part of the building's security measures.

Please keep the whole day available to allow the mediation to continue as long as it is being productive.

Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and in my office by **September 4, 2008, at 5:00 p.m.** Please include any key documents you feel I should read. If you think it would be helpful to our mediation, I also invite you to submit to me -- but not exchange -- confidential statements.

RODRIGO D. DIAS        ROBERT F. EPSTEIN
RILEY F. HURD III      PATRICK M. MACIAS      OF COUNSEL:
SARAH N. LÉGER         J. RANDOLPH WALLACE    JOHN RALPH THOMAS, JR.
RICHARD T. FRANCESCHINI HERBERT M. ROWLAND    J. MARK MONTOBBIO
DAVID F. FEINGOLD      GARY T. RAGGHIANTI, INC. DAVID P. FREITAS

# Ragghianti | Freitas LLP

08-01455 SBA MED
July 23, 2008
Page 2

    Also, please remember to arrange for your clients' attendance.

    Please prepare for the mediation by discussing each of the following items with your clients:

- clients' interests, not just positions, and how these interests could be met;
- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of case; and
- estimated budget to litigate the case through trial.

    Under ADR L.R. 6-3(b) I will donate my preparation time and the first four hours of the mediation. If the case has not resolved and you all agree to continue, I will charge the court-set rate of $200 per hour for the next four hours. After eight hours of session time, I will charge my hourly rate of $375.

    This will confirm my disclosure that I previously handled one matter in which I represented plaintiff, and Fire Insurance Exchange was a party defendant (Choder v. Fire Insurance Exchange, et al., Marin County Superior Court CV022349). The case was closed approximately five years ago.

    I look forward to working with you and your clients.

Very truly yours,

Robert F. Epstein
(repstein@rflawllp.com)

RFE/jld
cc:    Alice M. Fiel, ADR Case Administrator
       via email (Alice_Fiel@cand.uscourts.gov)