1  | BOWMAN AND BROOKE LLP
   | Edgar J. Gutierrez, Esq. (SBN 189011)
2  | 879 West 190th Street, Suite 700
   | Gardena, CA  90248-4227
3  | Telephone No.: (310) 768-3068
   | Fax No.:  (310) 719-1019
4  |
   | Attorneys for Defendant, HAMILTON BEACH BRANDS, INC.
5  |
6  | LAW OFFICES OF KENNETH W. TURNER
   | Kenneth W. Turner, Esq. (SBN 100393)
7  | 2057 Forest Avenue, Suite 3
   | Chico, California 95928
8  | Telephone No.: (530) 898-0774
   | Fax No.:  (530) 898-0775
9  | Attorneys for Plaintiff FIRE INSURANCE EXCHANGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND**

| FIRE INSURANCE EXCHANGE, | ) | **CASE NO.  CV 08-01455 SBA** |
|---|---|---|
| Plaintiff, | ) | (Removed from Sonoma County Superior Court - Case No. SCV-241820) |
| vs. | ) | |
| HAMILTON BEACH/PROCTOR-SILEX, INC., and DOES 1 through 10, inclusive, | ) | Assigned to:  Hon. Saundra Brown Armstrong |
| | ) | Courtroom:   3 |
| Defendants. | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE;  ORDER** |
| | ) | Action Filed:  11/8/07 |
| | ) | Trial Date:    None |

IT IS HEREBY STIPULATED, by and between plaintiff Fire Insurance Exchange and defendant Hamilton Beach Brands, Inc, f/k/a Hamilton Beach/Proctor-Silex, Inc. through their designated counsel of record, that plaintiff Fire Insurance Exchange's Complaint be, and is hereby, dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED that this Stipulation may be executed in counterparts and that facsimile signatures will be accepted.

1           Each party is to bear its own costs and attorney's fees.

2

3    Dated:  September  ___, 2008        BOWMAN AND BROOKE LLP

4

5
                                      By: _____
6                                                Edgar J. Gutierrez
7                                                Attorneys for Defendant, HAMILTON
                                            BEACH BRANDS, INC.
8

9

10   Dated:  September  ___, 2008        LAW OFFICES OF KENNETH W.

11                                               TURNER

12

13
                                        By: _____
14                                               Kenneth W. Turner
15                                               Attorneys for Plaintiff,
                                          FIRE INSURANCE EXCHANGE

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2          The Court, having reviewed the parties' Stipulation and good cause appearing,

3   orders that this matter be and is hereby, dismissed with prejudice.

4

5          IT IS SO ORDERED.

6   10/16/08

7

8   _____

9          Hon. Saundra Brown Armstrong
            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

**CCP 1013A(3) (Revised 5/1/88)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 879 West 190th Street, Suite 700, Gardena, CA  90248-4227.

On October 7, 2008, I served the foregoing document described as **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** on all interested parties:

**SEE ATTACHED SERVICE LIST**

as follows:

(**X**)     **VIA CM/ECF**

( )     **BY MAIL**

( )     **BY FACSIMILE:**  The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service list and the transmission(s) reported as complete and without error.  The facsimile machine I used complied with the California Rules of Court, Rule 2008(b) and I printed a record of the transmission(s), a copy of which is attached to the original of this declaration.

( )     **BY PERSONAL SERVICE:** I delivered such envelope by hand to the addressee.

( ) As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than **1** day after date of deposit for mailing in affidavit.

Executed on October 7, 2008, at Gardena, California.

() (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(**X**) (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

＿＿＿＿＿／S/ Edgar J. Gutierrez＿＿＿＿＿
Edgar J. Gutierrez

*(By mail signature must be of person depositing envelope in mail slot, box, or bag)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SERVICE/MAILING LIST

### Fire Insurance Exchange v. Hamilton Beach Brands, Inc.

United States District Court
Northern District of California San Francisco Case No.  CV 08-01455 SBA

Kenneth W. Turner, Esq.
LAW OFFICES OF KENNETH W. TURNER
2057 Forest Avenue, Suite 3
Chico, California 95928

**Attorneys for FIRE INSURANCE EXCHANGE**

Tel:   (530) 898-0774
Fax:   (530) 898-0775